**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES—GENERAL**

Case No. 5:26-cv-07066-KES Date: November 25, 2026

Title: ELVIA CIPRIANA LOPEZ COX v. WARDEN OF ADELANTO ICE PROCESSING CENTER, et al.

---

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PETITIONER: None Present | ATTORNEYS PRESENT FOR RESPONDENTS: None Present |

---

**PROCEEDINGS (IN CHAMBERS): Order Denying TRO Application (Dkt. 7)**

Elvia Cipriana Lopez Cox ("Petitioner") has filed a counseled Petition for a Writ of Habeas Corpus ("Petition" at Dkt. 1) and an Application for Temporary Restraining Order ("TRO Application" at Dkt. 7).

IT IS HEREBY ORDERED that the TRO Application is **denied**. The Court has already set an expedited briefing schedule for the Petition. (Dkt. 4.) "Applications for temporary restraining orders should be reserved for cases where the petitioner alleges imminent, irreparable harm that cannot be addressed by the standard scheduling order or by expediting the briefing schedule." Central District of California General Order 26-05, ¶ 3. Petitioner has not made such a showing in this case.

To the extent Petitioner seeks an order enjoining her transfer outside the Central District of California during the pendency of this case, General Order 26-05 requires, "During the pendency of these proceedings, Respondent[s] shall provide at least two court days' notice to the petitioner, petitioner's counsel, and the Court of its intent to remove the petitioner from the Central District of California." (Dkt. 4 at 2, ¶ 6.) Petitioner may renew her request for that relief if Respondents file such a notice.

Initials of Deputy Clerk jd